HIRAM G. HOTCHKISS, Appellant, *v.* THE COMMERCIAL MUTUAL FIRE INSURANCE COMPANY, Respondent.

(Argued May 15, 1871 ; decided September term, 1871.)

QUESTION as to the construction of the language of a policy.

*M. M. Evarts* for the appellant.

*D. D. Lord* for the respondent.

HUNT, C., reads for reversal; LEONARD and EARL, CC., concur.
LOTT, Ch. C., dissents ; GRAY, C., not voting.
Judgment of General Term reversed, and judgment ordered for plaintiff upon the verdict, for $2,144, with interest and costs, less, $273.70, and interest thereon from July 14, 1861.